IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TERRY LEE ROBINSON, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | CASE NO. 1:13-cv-248-WHA |
| ) | |
| WALTER MYERS, *et al.*, ) | |
| ) | |
| Respondents. ) | |

# **O R D E R**

On December 11, 2014, the Magistrate Judge filed a Recommendation (Doc. #35) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. The petition for writ of habeas corpus under 28 U.S.C. § 2254 is DENIED with prejudice and this case is DISMISSED because the petition is time-barred by the one-year limitation period in 28 U.S.C. § 2244(d).

DONE this the 7th day of January, 2015.

                                                             /s/ W. Harold Albritton
                                        SENIOR UNITED STATES DISTRICT JUDGE